UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DEENA OTHMAN,

                                 Plaintiff,

            -v-

CITY OF NEW YORK *et al*,

                                Defendants.

24 Civ. 8000 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

        On November 14, 2024, defendant City of New York (the "City") requested that this case be marked related to *Clark v. City of New York*, 18 Civ. 2334, and transferred to Judge Analisa Torres, because, the City alleges, it is governed by the New York City Police Department's ("NYPD") policy concerning religious head coverings and the settlement reached in *Clark*. Dkt. 12. The following day, plaintiff Deena Othman responded, taking no position regarding the City's request, but noting reasons for and against a finding of relatedness. Dkt. 14.

        The Court denies the City's request principally for two reasons. First, Othman's claim under the Religious Land Use and Institutionalized Persons Act concerns an incident that occurred after the class period in *Clark*—indeed, even after the effective date of the policy change with respect to religious headwear to which the NYPD stipulated in *Clark*. Second, Othman separately brings a false arrest claim that is unrelated to the removal of her religious head covering.

1

SO ORDERED.

Paul A. Engelmayer<br>
United States District Judge

Dated: November 19, 2024
       New York, New York

2